# Court of Appeals
# of the State of Georgia

ATLANTA, December 06, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0194. NATHANIEL HARPER v. STATE BOARD OF PARDONS AND PAROLES.

Nathaniel Harper sought to proceed in forma pauperis in a Petition for Writ of Mandamus against the State Board of Pardons and Paroles. The trial court denied the filing of the petition. On November 13, 2018, Harper filed this pro se application for discretionary review of the trial court's order. We lack jurisdiction.

The application materials show that Harper failed to submit a file-stamped copy of the order he seeks to appeal, in violation of Court of Appeals Rule 31 (c). Consequently, on November 21, 2018, we ordered Harper to supplement his application within ten days with a stamped "filed" copy of the order to be appealed. We indicated that failure to comply with this directive would result in dismissal of the application. However, Harper has failed to comply with this directive. Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[1] See OCGA § 5-6-35 (d); *Boyle*

---

[1] Although the order included with the application does not contain a stamped "filed" date, it was signed by the judge on August 8, 2018. Based on that date, the application is untimely.

*v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, Harper's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   12/06/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*